lice did not touch Ceja–Tinajero until his formal arrest. Although Ceja–Tinajero complains that the first officer's repetitive identification of herself as law enforcement was coercive, we disagree. Repetitive identification and display of a badge are factors to consider, but standing alone, these factors do not convert a consensual encounter into a seizure. *United States v. Dixon*, 51 F.3d 1376, 1380 (8th Cir.1995). Aside from his earlier consent, Ceja–Tinajero had no basis to contest the officer's search because he abandoned his interest in the luggage by telling the police that the bags were not his. *United States v. Sanders*, 130 F.3d 1316, 1317 (8th Cir.1997). Ceja–Tinajero, then, can assert no privacy interest in the abandoned property and the police may search the property without a warrant. *Id.*

We affirm Ceja–Tinajero's conviction.

Before McMILLIAN, FAGG, and MELLOY, Circuit Judges.

PER CURIAM.

Alonzo Wright was convicted of robbing an Omaha, Nebraska credit union. Wright appeals the district court's * denial of his motion for acquittal, contending the evidence was insufficient to identify him as the robber. We review the sufficiency of evidence in the light most favorable to the verdict. *United States v. L.B.G.*, 131 F.3d 1276, 1277 (8th Cir.1997). The bank teller from whom the robber demanded money testified in court that Wright was the robber. The teller's uncorroborated testimony alone is a sufficient basis for conviction. *Id.* at 1278. Further, the conviction is supported by numerous pieces of circumstantial evidence. We thus affirm the judgment of the district court. *See* 8th Cir. R. 47B.

**UNITED STATES of America,**
**Appellee,**

v.

**Alonzo WRIGHT, Appellant.**

**No. 01–3716.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 14, 2002.

Filed May 20, 2002.

**UNITED STATES of America,**
**Appellee,**

v.

**Terrence Dean BRUNT, Jr., Appellant.**

**No. 01–3711.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 14, 2002.

Filed May 20, 2002.

* The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.